Robert F. McCauley (SBN 162056)
robert.mccauley@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, California 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Jeffrey A. Berkowitz, Esq. (VA 65149 *pro hac vice*)
jeffrey.berkowitz@finnegan.com
Daniel C. Cooley, Esq. (VA 79565 *pro hac vice*)
daniel.cooley@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
11955 Freedom Drive, Suite 800
Reston, VA 20190
Telephone:  (571) 203-2700
Facsimile:   (202) 408-4400

Attorneys for Defendant
GP STRATEGIES CORPORATION

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHART INC. fka MVE, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>GP STRATEGIES CORPORATION,<br><br>Defendant. | Case No. 3:14-cv-00097-BEN (DHB)<br><br>**GP STRATEGIES CORPORATION'S NOTICE OF MOTION AND MOTION TO DISMISS CHART'S ACTION FOR PATENT INFRINGEMENT AND TO COMPEL ARBITRATION**<br><br>Date: May 5, 2014<br>Time: 10:30 a.m.<br>Judge: Hon. Roger T. Benitez<br>Courtroom: 5A |

Case No. 3:14-cv-00097-BEN (DHB)

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on May 5, 2014, at 10:30 a.m., or as soon thereafter as the matter may be heard in Courtroom 5A of the above-entitled Court, located at 221 West Broadway, San Diego, California, Defendant GP Strategies Corporation ("GP Strategies") will and hereby does move this Court for an order dismissing Chart's action for patent infringement and to compel arbitration.

This motion is based on this notice of motion and supporting memorandum of points and authorities, the supporting exhibits, and such other written or oral argument as may be presented at or before the time this motion is taken under submission by the Court.

Dated: March 31, 2014                    Respectfully submitted

s/ *Robert F. McCauley*
Robert F. McCauley (SBN 162056)
robert.mccauley@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, California 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Jeffrey A. Berkowitz, Esq.
(VA 65149 *pro hac vice*)
jeffrey.berkowitz@finnegan.com
Daniel C. Cooley, Esq.
(VA 79565 *pro hac vice*)
daniel.cooley@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
11955 Freedom Drive, Suite 800
Reston, VA 20190
Telephone:  (571) 203-2700
Facsimile:   (202) 408-4400

1                    Case No. 3:14-cv-00097-BEN (DHB)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Attorneys for Defendant
GP STRATEGIES CORPORATION

2    Case No. 3:14-cv-00097-BEN (DHB)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on March 31, 2014 to all current and/or opposing counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system per CivLR 5.4(d).  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery upon their appearance in this matter.

By: s/ *Robert F. McCauley*
Robert F. McCauley